IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>BACKGROUNDCHECKS.COM LLC,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:25-CV-1004-TRJ-LTW |

## ORDER

This matter is before the Court on Plaintiff's Motion for a Leave to Proceed Under Pseudonym or, in the Alternative, for Entry of a Limited Protective Order. [Doc. 6]. Plaintiff seeks permission to proceed anonymously, as "Jane Doe." The Defendant has not filed a response in opposition to Plaintiff's Motion. Having read and considered Plaintiff's Motion, and there being no opposition to the same, the Court finds that exceptional circumstances exist here and good cause appearing, Plaintiff's Motion to proceed under a pseudonyms is hereby GRANTED. [Doc. 6].

Accordingly, the Plaintiff shall be referred to in court filings as Jane Doe. The Defendant shall not publicly disclose the Plaintiff's actual name. All documents identifying the Plaintiff or containing the Plaintiff's actual name shall be filed under seal. Redacted copies of such documents must be filed; the redactions must be made in such a way that the Plaintiff's identity or her

actual name cannot be discerned from the redacted filings.

**SO ORDERED,** this 30th day of May, 2025.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE